EXHIBIT "A"

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

MARIA HNATYSZAK,

        Plaintiff,

vs.

TARGET CORPORATION,                    Case No: CACE-20-002059

        Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, MARIA HNATYSZAK, sues the Defendant, TARGET CORPORATION, and in support thereof alleges the following:

## GENERAL ALLEGATIONS

1. This is an action for Damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and is within the jurisdictional limits of this Court.

2. That at all times material hereto, MARIA HNATYSZAK, was a resident of Broward County, Florida.

3. At all times material hereto, the Defendant, owned and operated businesses in Broward County, Florida.

## COUNT I- NEGLIGENCE

4. Plaintiff, MARIA HNATYSZAK, re-alleges and incorporates paragraphs 1 through 3 as fully set forth herein.

5. On or about September 22, 2017, the Defendant, TARGET CORPORATION, owned and/or operated the commercial property located at 16901 Miramar Parkway, Miramar,

1

Fl. 33027 (Subject Property), and as such, had a Non-Delegable Duty to maintain the Subject Property.

6. On or about September 22, 2017, during normal business hours, the Plaintiff was on the Subject Property of the Defendant to shop and was therefore lawfully on the Defendant, TARGET CORPORATION's premises as an invitee.

7. The Defendant negligently maintained the Subject Property so that the Plaintiff slipped on water and fell on the Defendant's property.

8. At all times material hereto, the Defendant, TARGET CORPORATION, had the responsibility to maintain the Subject Property in a reasonably safe condition and to warn invitees, such as the Plaintiff, of any unreasonably unsafe conditions on the Subject Property.

9. But for the Dangerous condition on the Subject Property and failure to warn of the dangerous condition, the subject incident would not have occurred.

10. The dangerous condition specified above existed for a sufficient time that the Defendant, TARGET CORPORATION, should have known about it and corrected it, or that other invitees had fallen and reported the defect to the Defendant, TARGET CORPORATION. In the alternative, the Defendant, TARGET CORPORATION, created the above-specified dangerous condition and/or had knowledge of it.

11. At all times material hereto, the Defendant, TARGET CORPORATION, breached its duty to maintain the Subject Property in a reasonably safe condition by the following ways, including, but not limited to;

    a. Creating the dangerous condition;

    b. Failing to warn of the dangerous condition;

    c. Failing to correct the dangerous condition;

    d. Failing to divert foot traffic away from the dangerous condition;

    e. Violating local and state laws, regulations and ordinances.

12. At the subject time and place, the Defendant, TARGET CORPORATION, was negligent in the foregoing ways, said negligence being the sole cause of the Plaintiff's injuries. As direct and proximate result of the negligence of the Defendant, TARGET CORPORATION, the Plaintiff, MARIA HNATYSZAK, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoinment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The Plaintiff will suffer such losses in the future.

**WHEREFORE**, Plaintiff, MARIA HNATYSZAK, demands judgment from Defendant, TARGET CORPORATION, in an amount in excess of Thirty Thousand Dollars ($30,000.00), as well as any and all other relief to which Plaintiff is entitled to under Florida law including court costs, pre and post-judgment interest, if any, and respectfully demands trial by jury on all issues.

**DATED** this March 3, 2020

        Respectfully Submitted,

        /s/ Brett L. Schlacter
        **Brett L. Schlacter, Esq.**
        Florida Bar No. 98112

        **SCHLACTER LAW**
        Attorneys for Plaintiff
        1108 Kane Concourse, Suite 305
        Bay Harbor Islands, Florida 33154
        (305) 999 – 1111 (Telephone)
        (305) 440 – 1354 (Facsimile)
        E-mail: service@schlacterlaw.com
        E-mail: bls@schlacterlaw.com
        E-mail: carrel@schlacterlaw.com